# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge David L. West

**Criminal Case No.  06-MJ-00159-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  KEVIN PAUL CAPPS,**

**Defendant.**

---

## ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant has requested the Court to appoint counsel for him in the above-captioned matter and has submitted a completed Financial Affidavit for the Court's review and consideration. After review of the Defendant's completed Financial Affidavit,

**IT IS HEREBY ORDERED** that this Court does not believe the Defendant qualifies for Court appointed counsel and, therefore, his request is **DENIED**.  If the Defendant desires counsel to represent him in this matter he shall be responsible for hiring his own counsel.

**IT IS FURTHER ORDERED** that this matter is continued to February 21, 2007 at 8:00 a.m. and Defendant's bond is continued to that date and time.

**DATED: February 1, 2007**

**BY THE COURT:**

1

**s/David L. West**

**United States Magistrate Judge**